**Order entered February 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00038-CV

## BASIL BROWN, Appellant

## V.

## ROBERT HAWKINS, Appellee

### On Appeal from the County Court At Law No. 1
### Kaufman County, Texas
### Trial Court Cause No. 16C-0127

## ORDER

Appellant has been declared a vexatious litigant. By letter dated January 29, 2019, the Court directed appellant to file, by February 8, written verification that he has obtained an order from the local administrative judge permitting the filing of this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a).

Before the Court is appellant's February 11, 2019 motion for extension of time to comply with this Court's letter.  We **GRANT** the motion and extend the time to February 26, 2019.

> /s/    BILL WHITEHILL
>        JUSTICE